```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDA ZIMMERMAN KETTER,

                Plaintiff,

-against-

DR. JEFFREY S. FREED, et al.,

                Defendants.

1:20-cv-04812 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

        On July 7, 2021, the Court dismissed Case No. 18-cv-8574, to which this case is related, for failure to prosecute. Ms. Ketter, who is the Plaintiff in both actions, has not appeared in this case since it was filed in 2020. Accordingly, it is hereby ORDERED that the above-captioned action is dismissed for failure to prosecute. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

**SO ORDERED.**

**Date: October 7, 2021**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**